NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

R. J. REYNOLDS TOBACCO CO., )
)
   Appellant, )
)
v. )   Case No. 2D17-797
)
JAMES C. MC CABE, as Personal )
Representative for the Estate of )
DOROTHY J. MC CABE, deceased, )
et al., )
)
   Appellee. )
_____ )

Opinion filed May 18, 2018.

Appeal from the Circuit Court for
Hillsborough County; Ronald Ficarrotta,
Judge.

Charles R. A. Morse of Jones Day, New
York; Troy A. Fuhrman and Marie Attaway
Borland of Hill Ward Henderson, Tampa;
and Jason T. Burnette of Jones Day,
Atlanta, for Appellant.

George A. Vaka and Richard N. Asfar of
Vaka Law Group, P.L., Tampa; Hendrik
Uiterwyk, Anna Frederiksen-Cherry, Paul E.
Berg, and Andrew Bennett of Abrahamson
& Uiterwyk, Tampa; Gary Paige of Gordon
& Doner, P.A., Davie; and Michael J.
Trentalange of Trentalange & Kelley, P.A.,
Tampa, for Appellee.

PER CURIAM.

Affirmed.

KELLY, KHOUZAM, and BADALAMENTI, JJ., Concur.